1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  Donald C. Bayer,              )   CV 13-01652-RSWL (MLGx)
    individually and as Trustee  )
12  of The Bayer Family Trust,    )
    as successor in interest to  )   **ORDER Re: Plaintiffs'**
13  31225 La Baya LLC; Cabot      )   **Second Motion for Entry**
    Creekside 15, LLC,            )   **of Stipulated Default**
14                                )   **Judgment [19]**
                   Plaintiffs,    )
15                                )
         vs.                      )
16                                )
                                  )
17                                )
    Cabot Investment             )
18  Properties, LLC; Cabot       )
    Creekside Acquisition LLC;   )
19  Carlton P. Cabot; Timothy    )
    J. Kroll,                    )
20                                )
                                  )
21                 Defendants.    )
                                  )
22  _____)

23       On April 25, 2013, Plaintiffs Donald C. Bayer and

24  Cabot Creekside 15, LLC ("Plaintiffs") filed the

25  present Second Motion for Entry of Stipulated Default

26  Judgment against Defendants Cabot Investment

27  Properties, LLC; Cabot Creekside Acquisition, LLC; and

28  Carlton P. Cabot ("Defendants") [19].   The Court,

                              1

having reviewed all papers submitted pertaining to this Motion, **NOW FINDS AND RULES AS FOLLOWS:**

The Court hereby **GRANTS** Plaintiffs' Second Motion for Stipulated Default Judgment.  The Court finds that Plaintiffs have satisfied all procedural requirements necessary under Central District Local Rule 55-1 for entry of default judgment.  Specifically, the Court finds that the Clerk entered the default of Defendants on April 29, 2013.  Defendants are not infants, incompetent persons, or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940.  And finally, Defendants did not appear in this Action.

Further, the Court finds that the substantive factors set forth in <u>Eitel v. McCool</u>, 782 F.2d 1470 (9th Cir. 1986), weigh in favor of granting default judgment.

THEREFORE, IT IS ORDERED that:

Default judgment shall be entered against Defendants Cabot Investment Properties, LLC; Cabot Creekside Acquisition, LLC; and Carlton P. Cabot.  The Court enters default judgment against Defendants as follows:

1.  The Court **GRANTS** Plaintiffs' request for damages in the amount of $1,000,000, as Plaintiffs and Defendants stipulated in their Settlement Agreement, signed in June 2012.

2.  The Court also **GRANTS** Plaintiffs' request for pre-

1    judgment and post-judgment interest, at the rate

2    prescribed under 28 U.S.C. 1961.

3

4  **IT IS SO ORDERED.**

5  Dated: June 21, 2013.

6

7                                    RONALD S.W. LEW

                                    _____
8                                    **HONORABLE RONALD S. W. LEW**
                                    U.S. District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28